Exhibit A to the Complaint

**Location:** Burlingame, CA  
**Total Works Infringed:** 35

**IP Address:** 73.162.81.234  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 06/14/2020 06:15:11 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 2 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 07/29/2020 11:01:26 | Vixen | 07/24/2020 | 08/03/2020 | PA0002259166 |
| 3 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07/26/2020 09:08:49 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 4 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05/26/2020 17:21:11 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 5 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/16/2020 04:26:02 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 6 | Info Hash: E1F15E7B6EABE58DC466C22D74F18FCE870F8119<br>File Hash: 584C1C2181465B3F99178AEE73FC44B2D27250516D33027C8EB4FBA6AD355B4B | 01/05/2020 22:27:13 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 7 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 01/05/2020 22:26:54 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 8 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 12/10/2019 02:22:51 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 11/21/2019 05:26:40 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 10 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 11/21/2019 05:26:25 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 11 | Info Hash: ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash: 2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 10/28/2019 17:04:44 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 12 | Info Hash: 06F2BC438ABCC49C1C36C7647AC3DED910F99C7D<br>File Hash: 76C5A4E0AC0FD0C37BE9D68B284B6EBABB6EFB15C23B3243507D64DAEAE6E946 | 10/10/2019 06:41:44 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 13 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09/17/2019 04:37:20 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 14 | Info Hash: B9E63DBF38E9763A05AD2EB8371F88C6A3338FE9<br>File Hash: A94B37C6B1896286535B24D36323823CE17E1C4B23390F36310A323B98A35624 | 07/21/2019 04:56:29 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 15 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 06/15/2019 05:19:51 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 16 | Info Hash: 005ECADE217D83653BCBCA490DC3249975B7A05A<br>File Hash: 837EE8CBBFF0CFC826753CE6EDE6C57EC5515141DC4248D373454900CD2EE70C | 06/11/2019 22:15:30 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |
| 17 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B<br>File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 06/04/2019 08:18:45 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 06/03/2019 02:05:24 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 19 | Info Hash: 403C8C01BC2F40ED4F3C34B9040BAD024FEF26B1<br>File Hash: 9C82F2E5123E6E84FE9251F31DB6B3E396B0E17D64458481831EA7142BCE030A | 05/26/2019 21:39:02 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 20 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 05/18/2019 05:41:39 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 21 | Info Hash: 8A396158B2DF15777FAEF364CFE9F0EA1B91740F<br>File Hash: F5C75F0735A62FC1184A875BF6158EED4765B71592D873CAA81A8F606DCEB9F0 | 05/15/2019 08:19:26 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 22 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash: EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 04/26/2019 03:12:54 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 23 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 04/24/2019 03:06:15 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 24 | Info Hash: E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF<br>File Hash: C39179CF7BCDC0DE34348557BD438568B7595E3363A8200B4CA22D66151D7633 | 04/16/2019 03:23:04 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 25 | Info Hash: E474F829786D99F77071D695C1E640049D946C7C<br>File Hash: 14944DDE275F24E4C264CFBD89D858936EB4AAE8D050F0C55C984204A52117A2 | 04/06/2019 05:32:36 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 26 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 03/30/2019 06:17:25 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 976324666E71A36AD5A57C4A0425611DE9DC22F9<br>File Hash: DA140D57E0BF2003E13499E9F4F2B4677CAA61568F933B95157A809F4546F2CB | 03/19/2019 15:50:29 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 28 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 02/27/2019 07:04:48 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 29 | Info Hash: 7F94C59C008CA99211BC357AA9829B7372D082F3<br>File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 02/20/2019 00:18:28 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 30 | Info Hash: E452D23913E053866E31D6D6F92DE54C310DA003<br>File Hash: 8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 01/23/2019 08:30:45 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 31 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01/16/2019 16:02:27 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 32 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 01/11/2019 01:55:11 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 33 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 12/31/2018 06:41:43 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 34 | Info Hash: 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E<br>File Hash: 66A006D33BAEFF597C6F7C1122E7E8CE9974BA3B61182279E4DB64247FC0AA79 | 12/18/2018 07:30:43 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 35 | Info Hash: F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880<br>File Hash: 73E011D3D8ED4641F35C1EAF3696D332B2E07BD9910E55AE95DE1FED1188E1C4 | 12/18/2018 07:27:45 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |