Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:21-cv-00760-VKD |
| Plaintiff, | Honorable Virginia K. DeMarchi |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.162.81.234, | **PLAINTIFF'S APPLICATION FOR ENTRY OF CLERK'S DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |
| Defendant. | |

    Pursuant to Fed. R. Civ. P. 55(a), Plaintiff makes this application for the entry of a clerks default against Defendant, Emmanuel Andaya, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration of Lincoln D. Bandlow in Support of Plaintiff's Application for Entry of Clerks Default. Attached hereto as Exhibit B is the proposed Entry of Clerk's Default.

1

Dated:  May 11, 2021                    Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
Attorney for Plaintiff
Strike 3 Holdings, LLC