Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:21-cv-00760-VKD |
| Plaintiff, | Honorable Virginia K. DeMarchi |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.162.81.234, | **DECLARATION OF LINCOLN D. BANDLOW IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF CLERKS DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |
| Defendant. | |

I, Lincoln D. Bandlow, declare as follows:

1. I am over the age of 18 and am otherwise competent to make this declaration. I am an attorney duly licensed and authorized to practice in the State of California and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") in the above-titled action.

2. I make this Declaration in Support of Plaintiff's Application for Entry of Clerk's Default Pursuant to Fed. R. Civ. P. 55(a). I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

1

Declaration of Lincoln Bandlow in Support of Plaintiff's Application for Entry of Clerk's Default
Pursuant to Fed. R. Civ. P. 55(a)
Case No. 5:21-cv-00760-VKD

3. I have been informed by our process server that on February 24, 2021, Defendant, Emmanuel Andaya, was personally served with a copy of the Summons and Complaint.

4. More than twenty-one (21) days have elapsed since the Defendant, Emmanuel Andaya, was served.

5. Defendant, Emmanuel Andaya, has failed to plead or otherwise defend Plaintiff's claims.

6. Defendant, Emmanuel Andaya, on information and belief, is not on active duty in the U.S. Military.

7. Defendant, Emmanuel Andaya, on information and belief, is not a minor or an otherwise incompetent person.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of May, 2021.

Lincoln D. Bandlow

2

Declaration of Lincoln Bandlow in Support of Plaintiff's Application for Entry of Clerk's Default
Pursuant to Fed. R. Civ. P. 55(a)
Case No. 5:21-cv-00760-VKD