Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:21-cv-00760-VKD |
| Plaintiff, | Honorable Virginia K. DeMarchi |
| vs. | **CERTIFICATE OF SERVICE** |
| JOHN DOE subscriber assigned IP address 73.162.81.234, | |
| Defendant. | |

Lincoln D. Bandlow, hereby certifies as follows:

1. I am an attorney duly licensed and authorized to practice in the State of California and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-titled action.

2. I hereby certify that on May 11, 2021, I electronically filed Plaintiff's Application for Entry of Clerk's Default Pursuant to Fed. R. Civ. P 55(a), Declaration of Lincoln Bandlow in Support of Plaintiff's Application for Entry of Default, and the Proposed Entry of Clerk's Default with the Clerk of the Court using the CM/ECF system. As such,

1

participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

   3. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

**Service List**
Emmanuel Andaya
1751 Marco Polo Way Apt 8
Burlingame, CA

   I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on this 11th day of May, 2021.

                Respectfully Submitted,

                */s/ Lincoln D. Bandlow*
                Lincoln D. Bandlow
                *Attorney for Plaintiff,*
                *Strike 3 Holdings, LLC*