Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 73.162.81.234, <br><br> Defendant. | Case Number: 5:21-cv-00760-VKD <br><br> Honorable Virginia K. DeMarchi <br><br> **[PROPOSED] ENTRY OF CLERK'S DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |

  It appearing that the Complaint was filed in this case on January 29, 2021; that the summons and Complaint were duly served upon Defendant, Emmanuel Andaya, on February 24, 2021 and no answers or other pleadings have been filed by said Defendant as required by law;

1  Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant,
2  as provided in Rule 55(a), Federal Rules of Civil Procedure.
3
4
   Date: _____
5                                                    By:_____
                                                         Deputy Clerk
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2