Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>EMMANUEL ANDAYA,<br><br>         Defendant. | Case No.: 5:21-cv-00760-LHK<br><br>**PROOF OF SERVICE REGARDING COURT'S ORDER IN REPORT AND RECOMMENDATION ENTERED NOVEMBER 4, 2021 [D.E. 26]** |

1

I, Lincoln D. Bandlow, do hereby state and declare as follows:

1. I am over the age of 18 and am otherwise competent to make this declaration. I am counsel of record for plaintiff Strike 3 Holdings LLC ("Strike 3") in the above-captioned matter.

2. On November 8, 2021, I personally sent to the Defendant via certified mail a copy of the Report and Recommendation re Motion for Default Judgment and accompanying Exhibit A appended thereto, D.E. 26, as well as a list of the titles of the films corresponding to the films identified in Exhibit A to the following address: Emmanuel Andaya, 1751 Marco Polo Way, Apartment 8, Burlingame, California 94010. To be clear, the document that listed the titles of the films that I sent to Defendant was identical to the Exhibit A to the Court's Report and Recommendations except it included an additional column at the beginning of the chart that listed the title of the particular work at issue.

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of November, 2021 in Encino, California.

**Lincoln D. Bandlow**