UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case No. 21-CV-00760-LHK |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| EMMANUEL ANDAYA, | Re: Dkt. Nos. 20, 26 |
| Defendant. | |

This case is an action alleging copyright infringement of 35 registered copyrighted films owned by Plaintiff. ECF No. 10 ("Compl."). Plaintiff seeks $26,250 in damages, $658.97 in costs, and an injunction prohibiting Defendant from further infringing the 35 registered copyrighted films. *See id.* On June 10, 2021, Plaintiff filed a motion for default judgment. ECF No. 20.

This case was referred to United States Magistrate Judge Virginia K. DeMarchi, and Judge DeMarchi has made a report and recommendation that the Court grant Plaintiff's motion for default judgment. ECF No. 26. Judge DeMarchi's Report and Recommendation was filed on November 4, 2021, *id.*, and was served on November 8, 2021, ECF No. 28. No objections have

1

Case No. 21-CV-00760-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

1   been filed, and the time to file objections has expired.  *See* Fed. R. Civ. P. 72(b)(2).

2   Having reviewed the Report and Recommendation, as well as the record in this case, the

3   Court finds that the Report and Recommendation is well-founded in fact and in law.  The Court

4   ADOPTS the Report and Recommendation in its entirety.  Accordingly, Plaintiff's motion for

5   default judgment is GRANTED.

6   **IT IS SO ORDERED.**

8   Dated: December 14, 2021

_____
LUCY H. KOH
United States District Judge