UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EMMANUEL ANDAYA,<br><br>        Defendant. | Case No. 21-CV-00760-LHK<br><br>**JUDGMENT** |

On December 14, 2021, the Court adopted United States Magistrate Judge Virginia K. DeMarchi's Report and Recommendation and granted Plaintiff's motion for default judgment. ECF No. 30. Accordingly, judgment is hereby entered in favor of Plaintiff as follows:

1. The Court awards Plaintiff $26,250.00 in statutory damages and $658.97 in costs, for a total award of $26,908.97. Interest shall be allowed at the current legal rate allowed and accruing under 28 U.S.C. § 1961, as of December 14, 2021 until the date the judgment is satisfied.

2. The Court issues a permanent injunction as follows:

    a. Mr. Andaya is enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under the Copyright Act, 17 U.S.C.

1

Case No. 21-CV-00760-LHK
JUDGMENT

§ 501, *et seq.*, in the Works listed in the chart appended to Plaintiff's complaint, ECF No. 10-1, and to Judge DeMarchi's Report and Recommendation, ECF No. 26-1, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (*e.g.*, download) and/or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.

  b. Mr. Andaya shall destroy all copies of Plaintiff's Works listed in the chart appended to Judge DeMarchi's Report and Recommendation, ECF No. 26-1, that Mr. Andaya has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of the Works transferred onto any physical medium or device in Mr. Andaya's possession, custody, or control.

3. The Court retains jurisdiction over this action for six months from the date of this judgment, to enforce relief.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 14, 2021

                _Lucy H. Koh_____
                LUCY H. KOH
                United States District Judge

Case No. 21-CV-00760-LHK
JUDGMENT